UNITED STATES of America, Plaintiff–Appellee,

v.

**Daniel C. CHUDY, Defendant–Appellant.**

**No. 08–30433.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 4, 2009.\*

Filed Aug. 11, 2009.

Michael S. Lahr, Assistant U.S., Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

Daniel C. Chudy, David F. Ness, Assistant Federal Public Defender, Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before PREGERSON, BEA, and M. SMITH, Circuit Judges.

MEMORANDUM \*\*

Defendant Daniel C. Chudy appeals the district court's denial of his conditional release from federal custody at a mental health facility. Specifically, the district court determined that Chudy has failed to prove "by clear and convincing evidence that his release [from federal custody] would not create a substantial risk of bodi-

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ly injury to another person or serious damage of property of another due to a present mental disease or defect," 18 U.S.C. § 4243(d). We affirm.

The district court's factual findings in a release hearing pursuant to 18 U.S.C. § 4243 are reviewed for "clear error." *See United States v. Phelps*, 955 F.2d 1258, 1267 (9th Cir.1992). The district court did not clearly err after considering the evidence presented at the release hearing in concluding that Chudy failed to meet his burden of proof.

AFFIRMED.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.